WAYNE G. DAWSON (ABA #9511056)
DAWSON LAW GROUP, LLC
P.O. Box 244965
Anchorage, AK 99524
Telephone [907]-277-3995
Fax [907]-277-3991
Attorney for Alan D. Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ALAN D. LOPEZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:13-cv-00017 JWS |
| ) | |
| v. ) | |
| ) | |
| BUFORD C. DELAUGHTER, JR., and ) | |
| GO 2 TRANSPORTATION, LLC ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE BEFORE ANSWER

COMES NOW the plaintiff Alan D. Lopez, by and through his undersigned counsel, and hereby requests dismissal of all defendants with prejudice in this matter before answer by defendants.

Dated: April 2, 2013

DAWSON LAW GROUP, LLC.
Attorneys for Plaintiff

/s/ Wayne G. Dawson
WAYNE G. DAWSON