# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

ALAN D. LOPEZ,                                    )
                                                  )
                    Plaintiff,                    )   Civil Action No. 3:13-cv-00017 JWS
                                                  )
v.                                                )
                                                  )
BUFORD C. DELAUGHTER, JR., and                    )
GO 2 TRANSPORTATION, LLC                          )
                                                  )
                    Defendants.                   )
_____          )

## ORDER GRANTING REQUEST FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE BEFORE ANSWER

BASED UPON Plaintiff Alan D. Lopez's Request for Dismissal of All Defendants With Prejudice Before Answer, it is hereby ordered that this action is hereby dismissed with prejudice before answer as to all defendants.

DATED:  May 16, 2013

                              /s/  JOHN W. SEDWICK
                              United States District Court Judge